# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-09-00665-CV

Metrocare Services, L.L.C., improperly named as Metrocare EMS, L.P.;
Noah Martin; and Danica Alsobrook, Appellants

v.

Patsy R. Hitchcock, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
NO. D-1-GN-07-000766, HONORABLE GUS J. STRAUSS JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion to dismiss their appeal, explaining that they have settled their dispute with appellee. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed on Appellants' Motion

Filed: May 8, 2012